76507. JONQUIL CITY CONTRACTORS, INC.
et al. v. AUGUSTINE et al.
(369 SE2d 55)

BANKE, Presiding Judge.

The trial court granted a motion by the appellees to strike the appellants' answer based on the appellants' failure to appear at a calendar call. The appellants thereafter moved to set aside this order; however, because they also failed to appear at the hearing scheduled on that motion, it was denied. The appellants then filed a second motion to set aside the order striking their answer. That motion was also denied, and this direct appeal followed. *Held*:

It is clear from the record that no final judgment has ever been entered in this case. Indeed, it appears that at the time this appeal was filed, a hearing was pending on the issue of damages. To appeal an interlocutory order, a certificate of immediate review must be obtained from the trial court and an application for appeal filed with the appropriate appellate court. OCGA § 5-6-34 (b). There having been no compliance with these procedures, it follows that this appeal must be dismissed. See *Ga. American Ins. Co. v. Mills*, 183 Ga. App. 707 (359 SE2d 697) (1987).

*Appeal dismissed. Birdsong, C. J., and Beasley, J., concur.*

DECIDED APRIL 25, 1988.

*George W. Carreker*, for appellants.
*Albert J. DeCusati, James B. Johnson, Jr.*, for appellees.